**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**BETTY ANN LEVY,**                                               **PLAINTIFF,**

**VS.**                                    **CIVIL ACTION NO. 3:03CV176-P-A**

**BAPTIST MEMORIAL HOSPITAL-
NORTH MISSISSIPPI,**                                **DEFENDANT.**

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, it is the final judgment of this court that:

(1) Defendant's Motion for Summary Judgment [29-1] is hereby **GRANTED**;

(2) The plaintiff's claims against the defendant are **DISMISSED WITH PREJUDICE**; and

(3) This case is **CLOSED**.

**SO ORDERED** this the 23rd day of May, A.D., 2005.

                                                             /s/ W. Allen Pepper, Jr.
                                                             W. ALLEN PEPPER, JR.
                                                             UNITED STATES DISTRICT JUDGE